| AARON'S, INC. | * | NO. 2019-CA-0443 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| NORMAN S. FOSTER, DIRECTOR OF FINANCE AND EX-OFFICIO TAX COLLECTOR OF ORLEANS PARISH; ERROL G. WILLIAMS, ASSESSOR FOR ORLEANS PARISH; AND THE LOUISIANA TAX COMMISSION | * * * | FOURTH CIRCUIT STATE OF LOUISIANA |

\* \* \* \* \* \* \*

**ATKINS, J., CONCURS IN THE RESULT**